No. 02–11055.  WEATHERALL v. REID, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–11056.  VILLARREAL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–11057.  WILKINS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–11059.  RICHARDSON v. HINSLEY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 02–11060.  MALDONADO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 02–11061.  VANDI v. BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 5th Cir.  Certiorari denied.

No. 02–11063.  COLETTA v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 02–11064.  MASON v. MEYERS, SUPERINTENDENT, ROCK-VIEW STATE CORRECTIONAL INSTITUTION.  C. A. 3d Cir.  Certiorari denied.

No. 02–11065.  MARTINEZ-ESTRADA v. SNYDER, WARDEN. C. A. 6th Cir.  Certiorari denied.

No. 02–11066.  JOHNSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 02–11067.  ADELMAN v. LANE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–11068.  AYALA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–11069.  CLOUD v. COMMUNITY WORKS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 02–11070.  ZAWADZKI v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 02–11071.  SANDERS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.